AO 240 (Rev. 1/94)

# United States District Court

FIRST DISTRICT OF MASSACHUSETTS

G. SAIF SABREE, PRO SE,

Plaintiff

V.

JOHN MARSHALL, JR., SUPT. MCI-CEDAR JUNCT, AND OTHERS,
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 05-10660 WGY

I, G. SAIF SABREE declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration  MASS. CORR. INST. NORFOLK
   Are you employed at the institution? NO    Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   1973

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends            Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments  Yes ☐   No ☒
   d. Disability or workers compensation payments     Yes ☐   No ☒
   e. Gifts or inheritances                           Yes ☒   No ☐
   f. Any other sources                               Yes ☐   No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. Occasional monetary gift from family members and friends

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                              –0–

I declare under penalty of perjury that the above information is true and correct.

March 22, 2005                  *[signature]*
_____                     _____
   DATE                          SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __18.60__ on account to his/her credit at (name of institution) __MCI NORFOLK__. I further certify that the applicant has the following securities to his/her credit: __Ø__
_____. I further certify that during the past six months the applicant's average balance was $ __6.40__.

   A ledger sheet showing the past six months' transactions:
       ☒ is attached        ☐ is not available at this institution

3/24/05                         *Martha A Collins*
_____                     _____
   DATE                          SIGNATURE OF AUTHORIZED OFFICER

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20050324 10:46

| Commit# : | W34619 | | | | | MCI NORFOLK | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| Name : | SABREE, SAIF, , | | | | Statement From | 20040901 | | | |
| Inst : | MCI NORFOLK | | | | To | 20050301 | | | |
| Block : | 4-1 | | | | | | | | |
| Cell/Bed : | 220 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,217.90 | $2,217.83 | $15.56 | $11.81 |
| 20040907 13:59 | ML - Mail | 3326522 | | NOR | ~CARRIE MITCHELL~MITCHELL, CARRIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3333100 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3333101 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040909 22:30 | CN - Canteen | 3361953 | | NOR | ~Canteen Date : 20040909 | $0.00 | $34.42 | $0.00 | $0.00 |
| 20040920 13:14 | ML - Mail | 3396907 | | NOR | ~CARRIE MITCHELL~MITCHELL, CARRIE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040927 13:05 | IC - Transfer from Inmate to Club A/c | 3424386 | | NOR | ~MALIK AL-SHABAZZ MUSLIM CENTER - Z89~MALIK AL-SHABAZZ MUSLIM CENTER - Z89 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3446590 | | NOR | ~Canteen Date : 20040930 | $0.00 | $17.55 | $0.00 | $0.00 |
| 20041013 16:58 | IS - Interest | 3498443 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20041013 16:58 | IS - Interest | 3498444 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041014 14:19 | IC - Transfer from Inmate to Club A/c | 3523075 | | NOR | ~PROPERTY~JEWELRY REPAIR ACCOUNT - Z98~JEWELRY REPAIR ACCOUNT - Z98 | $0.00 | $7.00 | $0.00 | $0.00 |
| 20041018 13:53 | ML - Mail | 3533067 | | NOR | ~CARRIE MITCHELL~MITCHELL, CARRIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041018 13:53 | MA - Maintenance and Administration | 3533068 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041021 22:30 | CN - Canteen | 3558629 | | NOR | ~Canteen Date : 20041021 | $0.00 | $26.98 | $0.00 | $0.00 |
| 20041029 14:10 | ML - Mail | 3590401 | | NOR | ~CARRIE MITCHELL~MITCHELL, CARRIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041103 08:32 | IC - Transfer from Inmate to Club A/c | 3603866 | | NOR | ~JEWELRY REPAIR ACCOUNT - Z98~JEWELRY REPAIR ACCOUNT - Z98 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3621630 | | NOR | ~Canteen Date : 20041104 | $0.00 | $28.62 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3644243 | | NOR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3644244 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041116 15:40 | IC - Transfer from Inmate to Club A/c | 3683443 | | NOR | ~PACKAGE TO: SUFFOLK SUPERIOR COURT, 11/16/04~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20041122 16:06 | IC - Transfer from Inmate to Club A/c | 3709499 | | NOR | ~PACKAGE TO: SUPREME JUDICIAL COURT, 11/16/04~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20041126 09:58 | IC - Transfer from Inmate to Club A/c | 3731837 | | NOR | -z-89~MALIK AL-SHABAZZ MUSLIM CENTER - Z89~MALIK AL-SHABAZZ MUSLIM CENTER - Z89 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20041201 13:28 | ML - Mail | 3746285 | | NOR | ~MELISSA MITCHELL~MITCHELL, MELISSA, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041201 13:28 | MA - Maintenance and Administration | 3746286 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 14:54 | IC - Transfer from Inmate to Club A/c | 3776101 | | NOR | ~EDWARD FLYNN SECRETARY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041207 16:59 | IS - Interest | 3777372 | | NOR | | $0.03 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20050324 10:46

Page: 2

| Commit# : | W34619 | | | | MCI NORFOLK | | | |
| Name : | SABREE, SAIF | | | Statement From | 20040901 | | | |
| Inst : | MCI NORFOLK | | | To | 20050301 | | | |
| Block : | 4-1 | | | | | | | |
| Cell/Bed : | 220 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20041207 16:59 | IS - Interest | 3777373 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3812981 | | NOR | Canteen Date : 20041209 | $0.00 | $42.39 | $0.00 | $0.00 |
| 20041220 15:53 | ML - Mail | 3856313 | | NOR | ~ISLAMIC SOCIETY OF GREATER WORCESTER~ISLAMIC SOCIETY OF, GREATER WORC., . | $200.00 | $0.00 | $0.00 | $0.00 |
| 20041223 11:15 | EX - External Disbursement | 3880459 | 61774 | NOR | ~CHILDREN'S HOSPITAL BOSTON | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041223 15:13 | ML - Mail | 3881186 | | NOR | ~DAMON MITCHELL | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041228 15:44 | EX - External Disbursement | 3894350 | 61833 | NOR | ~FRAGRANCES OF PARADISE | $0.00 | $7.00 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3904501 | | NOR | Canteen Date : 20041229 | $0.00 | $60.61 | $0.00 | $0.00 |
| 20041230 10:13 | IC - Transfer from Inmate to Club A/c | 3912598 | | NOR | ~z-89~MALIK AL-SHABAZZ MUSLIM CENTER - Z89~MALIK AL-SHABAZZ MUSLIM CENTER - Z89 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20041231 13:06 | IC - Transfer from Inmate to Club A/c | 3916800 | | NOR | ~NANCY WHITE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.80 | $0.00 | $0.00 |
| 20050105 15:56 | IC - Transfer from Inmate to Club A/c | 3932397 | | NOR | ~LETTER TO: SUFFOLK SUPERIOR COURT 01/04/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050106 15:35 | CI - Transfer from Club to Inmate A/c | 3944646 | | NOR | ~12/29/04 CANTEEN REFUND~W34619 SABREE,SAIF PERSONAL~KCN WASH ACCOUNT - Z5 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3947783 | | NOR | Canteen Date 20050106 | $0.00 | $24.62 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3978555 | | NOR | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3978556 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3994970 | | NOR | Canteen Date 20050113 | $0.00 | $9.32 | $0.00 | $0.00 |
| 20050119 15:34 | IC - Transfer from Inmate to Club A/c | 4011149 | | NOR | ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $101.07 | $0.00 | $0.00 |
| 20050120 10:08 | EX - External Disbursement | 4021159 | 62272 | NOR | ~SUFFOLK SUPERIOR COURT CLERKS OFFICE | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050120 10:08 | MA - Maintenance and Administration | 4021160 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050128 14:08 | IC - Transfer from Inmate to Club A/c | 4055263 | | NOR | ~MASS APPEAL COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.28 | $0.00 | $0.00 |
| 20050128 14:24 | IC - Transfer from Inmate to Club A/c | 4055325 | | NOR | ~LEGAL DIV. DEPT. OF CORR BOSTON MA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20050201 14:33 | ML - Mail | 4065818 | | NOR | ~CARRIE MITCHELL~MITCHELL, CARRIE. , | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050201 14:33 | MA - Maintenance and Administration | 4065819 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4086088 | | NOR | Canteen Date : 20050203 | $0.00 | $53.76 | $0.00 | $0.00 |
| 20050209 14:28 | IC - Transfer from Inmate to Club A/c | 4106553 | | NOR | ~ATTORNEY GENERAL OFFICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050209 14:39 | IC - Transfer from Inmate to Club A/c | 4106598 | | NOR | ~U.S DISTRICT COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4107728 | | NOR | | $0.22 | $0.00 | $0.00 | $0.00 |