G.Saif Sabree
W34619 - MCI-Norfolk
P.O. BOX 43
Norfolk, Mass. 02056



May 17, 2005

Pro Se Clerk's Office
U.S. Courthouse
One Courthouse Way suite 2300
Boston, Mass. 02210

Dear Clerk,

About 7 weeks ago I filed with the court a civil rights complaint with the necessary documentation for processing. To date I have heard nothing further from the court regarding this matter. Could your office look into whether or not the matter has been received by the court and if so, when will I receive the needed documentation to advance the action on the court's calender.

Thank you for your time and attention to this matter and my concerns.

Respectfully,

*[signature]*