G.Saif Sabree<br>
W34619 / MCI-Norfolk<br>
P.O. Box 43 - 2 Clark st.<br>
Norfolk, Mass. 02056

August 5, 2005.

Pro se
Clerk's office, suite 2300
Joseph Moakley U.S. Courthouse
United States Court House
One Courthouse Way
Boston, Mass. 02210

Re: Sabree v. Marshall, Jr., Sup't., MCI-Cedar Junct., C.A. # 05-10660-WGY.

Dear Pro Se Clerk's Office,

    Relative to the above-referenced cause of action, It has been almost five-months since I filed with the court a pro se civil rights complaint, and to date I've only received from your office the above-referenced docket number and nothing further about the matter. Dispite the fact that I written to your office and to Judge Young's chambers (see enclosed copies of correspond-once), and there continues to be a lack of progress in the matter. If there is anything further that is required of me to advance this matter towards making serive on the respondents, please let me know.
    In advance, thank you for your time and attention to this matter and my concerns.

Respectfully,<br><br>[signature]

G.Saif Sabree
W34619 - MCI-Norfolk
P.O. BOX 43
Norfolk, Mass. 02056



May 17, 2005

Pro Se Clerk's Office
U.S. Courthouse
One Courthouse Way suite 2300
Boston, Mass. 02210

Dear Clerk,

    About 7 weeks ago I filed with the court a civil rights complaint with the necessary documentation for processing. To date I have heard nothing further from the court regarding this matter. Could your office look into whether or not the matter has been received by the court and if so, when will I receive the needed documentation to advance the action on the court's calender.

    Thank you for your time and attention to this matter and my concerns.

                                    Respectfully,

                                    *[signature]*








UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

5-24-05
_____
Date

TO: G Saif Sebree
MCI Norfolk
P.O. Box 43
Norfolk MA 02054

The Clerk's Office received your letter inquiring about the status of the case you submitted for filing.

The Court's records indicate that your case was received for filing on 3-31-05 and was assigned Civil Action No. 05-10660 WGY.

If you filed an Application to Proceed Without Prepayment of Fees and Affidavit, a judge must perform a preliminary screening of your case pursuant to 28 U.S.C. § 1915 and/or § 1915A, if applicable.

If you are incarcerated, a judge must conduct a preliminary screening of your case pursuant to 28 U.S.C. § 1915A, even if you paid the $150.00 filing fee.

I hope that this letter addresses your concerns.

_____
Deputy Clerk

G.Saif Sabree
W34619 MCI-Norfolk
P.O. Box 43 - 2 Clark St.
Norfolk, Mass. 02056

June 24, 2005

William G. Young, Chief Justice
of the U.S. First Circut District
Court, suite 2300
One Courthouse Way
Boston, Massachusetts 02210

Re:  C.A. No. 05-10660-WGY

Dear Chief Justice Young,

   On or about March 31, 2005 I filed a § 1983 action with the pro se clerk's office. It has been assigned to your court and given the above-referenced C.A. number. However, since its initial filing, and my May 17, 2005 follow-up letter of inquiry, and the clerk's office May 24, 2005 return correspondence regarding this action I have heard nothing further from the court. Therefore, could your court please make an inquiry with the clerk's office relative to its status. Thank you.

Respectfully,

*[signature]*