UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
G.SAIF SABREE, PRO SE,          )
PLAINTIFF/PETITIONER,           )
                                )
VS.                             )   C.A. NO. 05-10660-WGY.
                                )
JOHN MARSHALL, JR. SUPT.        )
MCI-CEDAR JUNCT., ET AL., (1)   )
DEFENDANTS/RESPONDENTS.         )
                                )
_____)
```

2005 NOV -2 P 1: 22
IN CLERKS OFFICE

To: Clerk's Office of the above-named Court:

Relative to the above-captioned and referenced cause of action, could your office please forward to me an up to date copy of the court's case summary civil docket sheets in this matter.

Thank you,

October 31, 2005.

*[signature]*
G.Saif Sabree W34619
MCI-Norfolk
P.O. Box 43 - 2 Clark st.
Norfolk, Mass. 02056

---

1. Steve De'Orsey, Corr. Officer MCI-Cedar Junct.; John-Doe, Captain MCI-Cedar Junct.; Alex Rodriguez, Corr. Officer MCI-Cedar Junct.; Paul Conley, Corr. Officer MCI-Cedar Junct.; John-Doe Padvaikas, Corr. Officer MCI-Cedar Junct.; Scott Galsband, Corr. Officer MCI-Cedar Junct. and John-Doe Brodbeck, Captain MCI-Cedar Junct.