G.Saif Sabree
W34619 / MCI-Norfolk
P.O. Box 43
Norfolk, Mass. 02056

2005 NOV 30 P 12: 40

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

November 25, 2005

Docket Clerk's Office
William Guy Young, Chief Justice
United States District Court House
One Courthouse Way - Suite 2500
Boston, Mass. 02210

Re: Sabree v. Marshall, Jr., et al., U.S. Dist. Ct. C.A. No. 05-10660-WGY

On or about March 31, 2005, pursuant to 42 U.S.C.A. §§ 1983 et seq, I filed a civil right complaint with the court with a jury demand.

Since the date of the ocurt's docketing of the complaint with my affidavit to proceed in former pauperis, there has been no further action taken by the ocurt on the complaint, per the 11/10/05 docket report.

It has now been 8 months since the matter was initiated in the U.S. District Court and the court has not acted on my affidavit to proceed in former pauperis. Which is highly unusual. What seems to be the impediment and when can expect the court to act in order that I make lawful service upon the respondents in this matter.

Respectfully,

[signature]