UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

G.SAIF SABREE, PRO SE,        )
PLAINTIFF/PETITIONER,         )
                              )
VS.                           )    C.A. NO. 05-10660-WGY.
                              )
JOHN MARSHALL, JR. SUPT.      )
MCI-CEDAR JUNCT., ET AL.,(1)  )
DEFENDANTS/RESPONDENTS.       )
_____)

PETITIONER'S MOTION TO ENLARGE TIME

Now comes the above-named petitioner, G.Saif Sabree, who moves this court to allow his motion to enlarge the time to file his motion to show cause why this court should not dismiss this case. The time in which he should have filed his show cause motion, January 12, 2006, has not expired, and the petitioner is requesting until January 27, 2006 to file his show cause motion, which is an additional 15 days.

AS GROUNDS FOR THIS MOTION, the petitioner says that he only recently completed applications seeking to obtain further appellate review in the Massachusetts Supreme Judicial Court in the matter of Sabree v. Commr. of Corr., et al., 04-P-1643 and Sabree v. Correctional Medical Services, et al., 01-P-1490, as well as having to file various pleading in a habeas corpus action relative to Sabree v. Walsh, Chair. Mass. Parole Board, SUCV. No. 0145-1482 (Suffolk County), and the additional 15 days is needed to prepare his response to this court's show cause

---

1. Steve De'Orsey, Corr. Officer MCI-Cedar Junct.; John-Doe, Captain MCI-Cedar Junct.; Alex Rodriguez, Corr. Officer MCI-Cedar Junct.; Paul Conley, Corr. Officer MCI-Cedar Junct.; John-Doe Padvaikas, Corr. Officer MCI-Cedar Junct.; Scott Galsband, Corr. Officer MCI-Cedar Junct. and John-Doe Brodbeck, Captain MCI-Cedar Junct.

pg.2

order.

    WHEREFORE, petitioner prays this Honorable Court grant his motion.

Dated: 1/9/06

Respectfully submitted by

G.Saif Sabree W34619 pro se, MCI-Norfolk/P.O. Box 43, Norfolk, Mass. 02056