UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| G. SAIF SABREE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10660-WGY |
| JOHN MARSHALL, JR. et al., | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

YOUNG, District Judge

On November 30, 2005, this court issued a Memorandum and Order of Dismissal requiring the Plaintiff to show good cause why the case should not be dismissed for the reasons stated therein. On January 11, 2006, the court granted plaintiff additional time, until January 27, 2006, to respond to the show cause order. To date, no response to the Memorandum and Order has been received from the Plaintiff. Accordingly, for failure to show good cause as directed, and for the reasons stated in the Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

Elizabeth Smith
Deputy Clerk

Dated: February 8, 2006