G.Saif Sabree
W34619 / SBCC
P.O. Box 8000
Shirley, MA. 01464

March 28, 2008

Clerk's Office Suite 2300
U.S. District Courthouse
One Courthouse Way
Boston, Mass. 02210

Re:  Sabree v. Marshall, et al., C.A.# 05-cv-10660-WGY

Sabree v. Romney, et al., 07-cv-10901-JLT

Dear Clerk of the Court:

Relative to the above-referenced numbered matters, could your office please forward to me a complete up to date copy of the court's case summary civil docket sheets.

In advance, thank you for your time and attention to this matter.

Respectfully,

*[signature]*